# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Case No.: 3:20-cv-00571-GCM

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V.; PHILIPS NORTH AMERICA LLC; PHILIPS INDIA LTD.; TEC HOLDINGS, INC. F/K/A TRANSTATE EQUIPMENT COMPANY, INC. F/K/A TRANSTATE HOLDINGS, INC., AND ROBERT A. ("ANDY") WHEELER, INDIVIDUALLY, AND IN HIS CAPACITY AS EXECUTOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF DANIEL WHEELER | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL OF PHILIPS DEFENDANTS UPON THE JOINT STIPULATION BETWEEN PLAINTIFF AND PHILIPS DEFENDANTS

THIS MATTER came before the Court on the Joint Stipulation between Plaintiff, Nautilus Insurance Company ("Nautilus"), and Defendants Philips North America LLC, Philips Medical Systems Nederland B.V, and Philips India Ltd. ("Philips Defendants"). The Court having reviewed the Joint Stipulation and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that, pursuant to and in accordance with the Joint Stipulation Between Plaintiff and Philips Defendants all claims by and between Nautilus and Philips Defendants are voluntarily dismissed with prejudice, and accordingly Defendants Philips

North America LLC, Philips Medical Systems Nederland B.V, and Philips India Ltd. are all dismissed from this action with prejudice. Each party shall bear its own fees and costs.

Signed: December 15, 2020

Graham C. Mullen
United States District Judge