# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Nautilus Insurance Company, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00571-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Philips Medical Systems Nederland B.V. | ) | |
| TEC Holdings, Inc. | | |
| Philips North America LLC | | |
| Robert A. Wheeler | | |
| Philips India Ltd., | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 13, 2021 Order.

July 13, 2021

Frank G. Johns, Clerk
United States District Court